```
 1 | Nancy Curry
   | Chapter 13 Trustee
 2 | 606 S. Olive Street, Suite 950
   | Los Angeles, CA  90014
 3 | (213) 689-3014   FAX (213) 689-3055
 4 |
 5 |              UNITED STATES BANKRUPTCY COURT
   |              CENTRAL DISTRICT OF CALIFORNIA
 6 |
 7 | In re:                        ) Case No.: 2:06-bk-12664 VK
   |                               )
 8 |      Morales, Beatriz, B.     ) TRUSTEE'S NOTICE OF
   |                               ) UNCLAIMED DIVIDEND
 9 |                               ) (Bankruptcy Rule 3011)
   |                               )
10 |                               )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 630104 in the sum of $47.25 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

> Beatriz B. Morales
> 1612 E. 218th St.
> Carson, CA 90745

Date:  December 20, 2010              /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                   Check No. 630104

Pay to: 50093000  U.S. BANKRUPCTY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0612664-VK | 999-0 | MORALES, BEATRIZ B. | | 0.00 | 47.25 | 0.00 | 47.25 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

December 16, 2010

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 630104

PAY** Forty Seven Dollars and 25 Cents****************************************
TO THE ORDER OF

AMOUNT ************$47.25 ***

VOID AFTER March 16, 2011

U.S. BANKRUPCTY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012

*Nancy Curry* (signature)

⑆630104⑆ ⑈061100790⑈ 0000005752001⑈